1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   PATRICK D. ROBBINS (CABN 152288)
3  First Assistant United States Attorney

4  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
5
   ROLAND CHANG (CABN 271511)
6  Assistant United States Attorney

7       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
8       Telephone: (415) 436-7108
        Fax: (415) 436-7027
9       Patrick.Robbins@usdoj.gov
        Roland.Chang@usdoj.gov
10
   Attorneys for United States of America
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 | UNITED STATES OF AMERICA,           )  NO. 3:24-CR-00344 SI
                                         )
16 |         Plaintiff,                  )  NOTICE OF DISMISSAL
                                         )
17 |    v.                               )
                                         )
18 | DERIC GONZALEZ-RODRIGUEZ,           )
                                         )
19 |         Defendant.                  )
                                         )

20

21      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

22 States Attorney for the Northern District of California dismisses the above information, filed on June 20,

23 2024, against Deric Gonzalez-Rodriguez.

24 //

25 //

26 //

27 //

28 //
   NOTICE OF DISMISSAL
   3:24-CR-00344 SI _____              1

| | |
|---|---|
| DATED: January 29, 2025 | Respectfully submitted,<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br>_____/s/_____<br>MARTHA BOERSCH<br>Chief, Criminal Division |

Leave is granted to the government to dismiss the information, filed on June 20, 2024, against Deric Gonzalez-Rodriguez.

Date: January 30, 2025

HON. SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
3:24-CR-00344 SI _____                    2